### 1218.   CORDELE GROCERY COMPANY v. THIGPEN et al.

POWELL, J.   This case is controlled by *Cloud* v. *Scarborough,* 3 *Ga. App.* 7 (59 S. E. 202).   Where a mortgage on the property of the principal debtor is taken simultaneously with the creation of the suretyship, the creditor owes to the surety the duty of having it properly probated and recorded within a reasonable time, and a failure to do this relieves the surety.                                        *Judgment affirmed.*

Complaint, from city court of Abbeville—Judge Nicholson. May 14, 1908.

Submitted July 16,—Decided July 31, 1908.

*Hal Lawson,* for plaintiff.   *M. B. Cannon,* for defendants.